CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorneys for Defendants, James S. Lindsey and Cleanhub, LLC

Phyl Grace, Esq., SBN 171771
CENTER FOR DISABILITY ACCESS
P. O. Box 262490
San Diego, CA  92196-2490
Telephone:  858-375-7385
Facsimile:  888-422-5191

Attorneys for Plaintiff, Scott Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>          Plaintiff,<br><br>     v.<br><br>James S. Lindsey, in his individual and representative capacity as Trustee – Lindsey Family Trust; Cleanhub, LLC, a California Limited Liability Company and Does 1-10,<br><br>          Defendants. | Case No. 2:14-cv-00546-JAM-CKD<br><br>STIPULATION RE: EXTENSION OF TIME UNTIL APRIL 17, 2014 FOR DEFENDANTS TO RESPOND TO COMPLAINT AND ORDER |

Pursuant to Local Rule 144, Plaintiff Scott Johnson and Defendants James S. Lindsey and Cleanhub, LLC, by and through their respective counsel stipulate as follows:

1. The Defendants have not requested any previous extensions of time to respond to the Complaint filed on February 25, 2014;

2. The parties are in settlement discussions in this matter and are hopeful for a resolution in the near future;

3. The parties stipulate that Defendants have requested an extension until April 17, 2014 to respond or otherwise plead and/or Plaintiff will file a notice of settlement with the court;

4. If Plaintiff does not file a notice of settlement, Defendant's response will be due no later than April 17, 2014;

5. All other dates previously set by the Court will remain in effect.

IT IS SO STIPULATED effective as of March 26, 2014.

Dated: March 26, 2014          /s/ *Cris C. Vaughan*
                               CRIS C. VAUGHAN
                               Attorney for Defendants
                               James S. Lindsey and Cleanhub, LLC


Dated: March 26, 2014          /s/ *Phyl Grace*
                               PHYL GRACE
                               Attorney for Plaintiff
                               Scott Johnson


**ORDER**

**IT IS SO ORDERED**

Dated: 3/26/2014
                               /s/ John A. Mendez
                               U.S. District Court Judge