UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

JAMES S LINDSEY, in his individual and representative capacity as Trustee--Lindsey Family Trust; CLEANHUB LLC, a California Limited Liability Company; and Does 1-10,

    Defendants.

Case: 2:14-CV-00546-JAM-CKD

**ORDER**

**ORDER**

    Pursuant to the parties stipulation, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 7/16/2015    /s/ John A. Mendez_____
                            HONORABLE JOHN A. MENDEZ
                            UNITED STATES DISTRICT COURT JUDGE